UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHERYLL CLEWETT<br>*Plaintiff*<br><br>v.<br><br>ALKA MIST PREMIER INC<br>*Defendant* | Civil Action No. 4:21-cv-2137 |

## DEFENDANT'S ORIGINAL ANSWER

ALKA MIST PREMIER INC, Defendant, files Defendant's Original Answer to Plaintiff's Original Complaint and shows:

### 1. General Denial

Defendant enters a general denial, and denies each and every material allegation contained in the Plaintiff's complaint, *in toto* and singularly, and also denies all allegations of fact contained in Plaintiff's complaint.

### 2. Request for Attorney's Fees and Expenses

It was necessary for Defendant to secure the services of Laban O. Opande, a licensed attorney, in order to preserve and protect its rights. Plaintiff should be ordered to pay reasonable attorney's fees and expenses through trial and appeal, and a judgment should be rendered in favor of this attorney and against Plaintiff; or, in the alternative, Defendant requests that reasonable attorney's fees and expenses through trial and appeal be taxed as costs and be ordered paid directly to Defendant's attorney, who may enforce the order for fees in the attorney's own name.

### 3. Prayer

Defendant prays that Plaintiff take nothing and that Defendant be granted all relief requested in this Original Answer.

Defendant prays for general relief.

Respectfully submitted,

_____
LABAN OPANDE
State Bar No. 24053786
9494 SW Freeway, ste 300
Houston, TX 77074
(713) 721-1300 (phone)
(713) 771-1395 (Fax)
laban@opandelaw.com (email)

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on this __20TH__ day of July 2021, a true and correct copy of the above and foregoing was served in accordance with Rule 12 of the Federal Rules of Civil Procedure to:

**Via email**

Chris R.Miltenberger
State Bar: 14171200
1360 N. White Chapel, Ste 200
Southlake Texas 76092
Office: 817-416-5060
Fax: 817-416-5062
chris@crmlawpractice.com

Max S. Morgan, Esquire
Eric H. Weitz Esquire
The Weitz Firm LLC
1528 Walnut St. 4th floor
Philadelphia, PA 19102
Tel: 267-587-6240
Fax: 215-689-0875
Max.morgan@theweitzfirm.com
Eric.weitz@theweitzfirm.com

**ATTORNEY FOR PLAINTIFF**

LABAN OPANDE
State Bar No. 24053786
9494 SW Freeway, ste 300
Houston, TX 77074
(713) 721-1300 (phone)
(713) 771-1395 (Fax)
laban@opandelaw.com (email)

**ATTORNEY FOR DEFENDANT**